

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Aaron Warshaw
212.492.2509
aaron.warshaw@ogletreedeakins.com

May 26, 2015

<u>**VIA ECF and OVERNIGHT MAIL**</u>

The Honorable Leonard D. Wexler, U.S.D.J.
U.S. District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

RE: *Thomas Michael King v. MYC Resort, LLC d/b/a Montauk Yacht Club*,
E.D.N.Y., Case No. 14-CV-6235(LDW)(GRB)

Dear Judge Wexler:

    As Your Honor is aware, we represent defendant MYC Resort LLC in the above-named action. Enclosed please find a Stipulation and Proposed Order of Dismissal Without Prejudice.

    Thank you for Your Honor's attention to this matter.

    Respectfully submitted,

    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

By <u>s/ Aaron Warshaw</u>
    Aaron Warshaw
    1745 Broadway, 22nd Floor
    New York, New York 10019
    (212) 492-2500

    Attorney for Defendant

Enclosure
CC:   Steven Moser, Esq. (via ECF only)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver
Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico)
Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland
Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Stamford ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :
THOMAS MICHAEL KING, individually and on                              :
behalf of all others similarly situated,                              :
                                                                      :
                                    Plaintiff,                 :
                                                                      :
               -against-                                       : No. 14-CV-6235(LDW)(GRB)
                                                                      :
MYC RESORT, LLC d/b/a MONTAUK YACHT                                   :
CLUB,                                                                 :
                                                                      :
                                  Defendant.                  :
                                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE

For the reasons stated by the Court at the conference on May 19, 2015, the Court hereby orders, and the parties hereby stipulate and agree, to proceed in binding arbitration in accordance with the Dispute Resolution Agreements entered into between the parties on or about April 18, 2011, March 23, 2012, and March 20, 2013.

IT IS FURTHER stipulated and agreed between the parties, through their respective counsel, that the Complaint be dismissed, without costs or attorneys' fees to any party, without prejudice to be reopened upon application of any party wishing to appeal the arbitrator's final determination.

| | |
|---|---|
| Dated: Glen Cove, New York<br>       May 26, 2015 | Dated: New York, New York<br>       May 26, 2015 |
| By: /s Steven J. Moser<br>   Steven J. Moser<br>   Steven J. Moser, PC<br>   3 School Street, Suite 207B<br>   Glen Cove, New York 11542<br>   516-671-1150<br>   smoser@moseremploymentlaw.com | By: /s Aaron Warshaw<br>   Aaron Warshaw<br>   Ogletree, Deakins, Nash, Smoak<br>     & Stewart, P.C.<br>   1745 Broadway, 22nd Floor<br>   New York, New York 10019<br>   212-492-2500<br>   aaron.warshaw@ogletreedeakins.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

SO ORDERED:

Dated: New York, New York
       May __, 2015

_____
    Hon. Leonard D. Wexler, U.S.D.J.

21309497.2